PK

**FILED**
6/21/2016
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

Billy A. Williams Jr.
_____

(Enter above the full name of the plaintiff or plaintiffs in this action)

vs.

Thomas Dart
_____
_____
_____
_____
_____

(Enter above the full name of ALL defendants in this action. <u>Do not use "et al."</u>)

**RECEIVED**

JUN 16 2016
6/16/2016
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

1:16-cv-6283
Judge Ruben Castillo
Magistrate Judge Young B. Kim
PC2

**CHECK ONE ONLY:**

✓     **COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983** U.S. Code (state, county, or municipal defendants)

____     **COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE 28 SECTION 1331** U.S. Code (federal defendants)

____     **OTHER** (cite statute, if known)

*BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.*

I.  **Plaintiff(s):**

   A. Name: Billy R. Williams Jr.

   B. List all aliases: N/A

   C. Prisoner identification number: _____

   D. Place of present confinement: Cook County Department of Corrections

   E. Address: 2701 S California Chicago, Il 60608

   (If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II. **Defendant(s):**
   (In A below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in B and C.)

   A. Defendant: Thomas Dart

   Title: Cook County Sheriff

   Place of Employment: Cook County Department of Corrections

   B. Defendant: N/A

   Title: N/A

   Place of Employment: N/A

   C. Defendant: N/A

   Title: N/A

   Place of Employment: N/A

   (If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

Revised 9/2007

III. List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:

A. Name of case and docket number: N/A

B. Approximate date of filing lawsuit: N/A

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: N/A

D. List all defendants: N/A

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): N/A

F. Name of judge to whom case was assigned: N/A

G. Basic claim made: N/A

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): N/A

I. Approximate date of disposition: N/A

IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.

Revised 9/2007

## IV. Statement of Claim:

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

I, Billy Williams am writing this letter for legal assistance. I'm currently incarcerated at CCDOC on 26th and California in Chicago, IL. Previously housed in Div.1, a condemned building which was recently closed due to the nature of the building and it's living conditions. I was subjected to inhumane living conditions from 2015, Sept. 21st to Jan. 7th 2016. The water we drank from came from the sink whose pipes were rusted and full of lead. The ceilings of the cells were molded, also the walls. Debris fell from the ceilings and the entire Div. wasn't properly ventilated. Bacteria filled the air. Also the showers were never cleaned properly and full of all types of Bacteria, Asbestos etc. The building is also infested with cockroaches, rats and rodents. There was no way to prove our commissary had been damaged by rats because after we signed for our commissary we were held responsible but every night rats were liable to rumage through our property. I've recently been relocated to Div.2 Dorm 4

4          Revised 9/2007

which also has the nature of a condemned building. I've been subjected to inhumane living conditions during my stay in Cook County DOC, I believe this is something that is unconstitutional, so I'm asking for legal action to be taken. Thank You!

Billy R. Williams Jr.
5332 S. Winchester
Chicago, Ill. 60609

*Billy R. Williams Jr.*

V.  **Relief:**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

Compensation for pain and suffering, emotional distress, and punitive damages.

VI. The plaintiff demands that the case be tried by a jury. ☑ YES ☐ NO

## CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this 14 day of May, 20 16

_Billy B. Williams Jr._
(Signature of plaintiff or plaintiffs)

Billy B. Williams Jr.
(Print name)

20150921277
(I.D. Number)

2701 S California
Chicago, Il 60608
(Address)